DAVID J. BECHT, SBN 104208
dbecht@adamsnye.com
MICHAEL SACHS, SBN 235048
msachs@adamsnye.com
MYTHILY SIVARAJAH, SBN 252494
msivaraah@adamsnye.com
ADAMS | NYE | TRAPANI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Plaintiff
MARIFI BAUTISTA

MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

Attorneys for Defendants
AON BENFIELD INC. AND AON
SERVICE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIFI BAUTISTA,<br><br>            Plaintiff,<br><br>            vs.<br><br>AON BENFIELD, INC., AON SERVICE CORPORATION, AON CORPORATION, and DOES 1 through 100, inclusive,<br><br>            Defendants. | No. C 09-03270 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION** |

TO THE ABOVE-ENTITLED COURT:

The parties, through their respective counsel, hereby advise this Court, and stipulate, as follows:

1

In accordance with Local Rule 6-2, Plaintiff Marifi Bautista ("Plaintiff") and Defendants Aon Benfield Inc. and Aon Service Corporation ("Defendants") hereby stipulate and jointly move this Court for a brief extension of the mediation completion deadline set by this Court. The Parties request that the mediation completion deadline previously set for March 31, 2010 be extended through April 23, 2010.

As grounds for this motion the Parties state the following:

1. This is a claim for Employment Discrimination, Violation of the Equal Pay Act; Retaliation; Failure to Prevent Discrimination and Wrongful Termination related to Plaintiff's employment with Defendants.

2. The first Case Management Conference in this case took place on November 23, 2009. At that Case Management Conference the Court ordered that private mediation in this case had to be completed by March 31, 2010 and that prior to this mediation the parties were limited to three depositions each and fifteen interrogatories and requests for production.

3. Discovery is actively underway. Plaintiff and Defendants have propounded written discovery to each other and will begin scheduling depositions shortly.

4. Defendants' counsel, Erica Kelley, has a trial scheduled in Contra Costa County beginning on March 18, 2010, which is anticipated to be three to four weeks in length..

5. Given Defense counsel's unavailability at the end of March and early April, the Parties do not believe they will be able to complete a meaningful mediation before the Court's deadline.

6. The parties have a mediation scheduled with Michael J. Loeb for April 23, 2010.

7. The Parties therefore request that the Court grant the Parties a brief extension to this deadline, with the new deadline by which mediation must be completed as April 23, 2010.

8. This is the first request for an extension to any deadline in this case.

9. The only other date scheduled by the Court in this case is a further Case Management Conference on April 26, 2010. This date will not need to be changed as the parties will have completed the mediation prior to this date.

10. Since both Parties stipulate to and join this motion, no party is prejudiced by this extension.

Accordingly, the Parties respectfully request that the Court grant the Parties' Stipulation and Joint Motion to extend the mediation deadline.

DATED: March 10, 2010         ADAMS | NYE | TRAPANI | BECHT  LLP


                              By:   //s// Michael Sachs
                                    MICHAEL SACHS
                                    Attorneys for Plaintiff
                                    MARIFI BAUTISTA


DATED: March 10, 2010         LITTLER MENDELSON
                              A Professional Corporation


                              By:   //s// Erica H. Kelley
                                    MICHELLE B. HEVERLY
                                    ERICA H. KELLEY
                                    Attorneys for Defendants
                                    AON BENFIELD INC. AND AON
                                    SERVICE CORPORATION


**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:   __3/11_____, 2010         _____
                                        **The Honorable**
                                        United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*