DAVID J. BECHT, Bar No. 104208
dbecht@adamsnye.com
MICHAEL SACHS, Bar No. 235048
msachs@adamsnye.com
MYTHILY SIVARAJAH, Bar No. 252494
msivarajah@adamsnye.com
ADAMS NYE TRAPANI BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
Telephone:   415.982.8955
Facsimile:    415.982.2042

Attorneys for Plaintiff
MARIFI BAUTISTA

MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando St., 15th Floor
San Jose, CA 95113-2303
Telephone:   408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
AON BENFIELD INC. AND AON SERVICE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIFI BAUTISTA,<br><br>            Plaintiff,<br><br>      v.<br><br>AON BENFIELD, INC., AON SERVICE CORPORATION, AON CORPORATION, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.  C 09-03270 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF DATE** |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DISCOVERY

C 09-03270 MHP

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

**TAKE NOTICE THAT THE** undersigned counsel of record for Plaintiff and Defendants hereby stipulate and request that the Court enter the following Order forthwith:

WHEREAS, the parties have unsuccessfully attempted to mediate the matter and have agreed that additional discovery is required prior to further settlement discussions;

WHEREAS, the parties have been engaged in fact discovery, including exchange of over 7,000 documents, which are currently being reviewed by the parties;

WHEREAS, the parties anticipate that they will be ready to begin taking initial depositions in August 2010;

WHEREAS, the parties expect that they will be prepared to resume settlement negotiations through mediation in late September or early October;

WHEREAS, if the parties are unsuccessful in the second session of mediation, further discovery will be needed to prepare for summary judgment and/or trial;

WHEREAS, the current discovery and dispositive motion schedule does not allow sufficient time for the parties to complete discovery and engage in mediation;

NOW THEREFORE, the parties hereby request, based on the showing of good cause discussed herein, that the discovery and dispositive motion deadlines be continued as follows:

(1) Fact discovery cut-off be moved from September 1, 2010 to December 1, 2010;

(2) The dispositive motion filing date be moved from December 1, 2010 to January 17, 2011;

(4) The Expert Disclosure and Exchange of Initial Expert Reports deadline be moved from September 15, 2010 to December 15, 2010;

(5) The Exchange of Rebuttal Expert Reports deadline be moved from October 1, 2010 to January 10, 2011; and

(6) The Expert Discovery Cut-Off be moved from November 15, 2010 to February 15, 2011.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY    2.    C 09-03270 MHP

All counsel agree that there have otherwise been no changes in the status of the case since the Case Management Conference and this is the first request for a continuance of dates requested by the parties.

Dated: July 28, 2010

   / s / *Michelle B. Heverly*
MICHELLE B. HEVERLY
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AON BENFIELD INC. AND AON SERVICE CORPORATION

Dated: July 28, 2010

   / s / *Michael Sachs*
MICHAEL SACHS
ADAMS NYE TRAPANI BECHT LLP
Attorneys for Plaintiff
MARIFI BAUTISTA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY    3.    C 09-03270 MHP

# ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES** to continue the Fact Discovery Cut-Off from September 1, 2010 to November 1, 2010; the dispositive motion filing date from December 1, 2010 to January 17, 2011; the Expert Disclosure and Exchange of Initial Expert Reports deadline from September 15, 2010 to January 15, 2011; the Exchange of Rebuttal Expert Reports deadline from October 1, 2010 to February 1, 2011; and the Expert Discovery Cut-Off from November 15, 2010 to March 1, 2011,

**IT IS SO ORDERED**.

Dated: 7/29/2010  _____



Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DISCOVERY

C 09-03270 MHP