1 | DAVID J. BECHT, Bar No. 104208
dbecht@adamsnye.com
2 | MICHAEL SACHS, Bar No. 235048
msachs@adamsnye.com
3 | MYTHLY SIVARAJAH, Bar No. 252494
msivarajah@adamsnye.com
4 | ADAMS NYE BECHT LLP
222 Kearny Street, Seventh Floor
5 | San Francisco, CA 94108-4521
Telephone:    415.982.8955
6 | Facsimile:    415.982.2042

7 | Attorneys for Plaintiff
MARIFI BAUTISTA
8 |
9 | MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
ERICA H. KELLEY, Bar No. 221702
10 | ekelley@littler.com
LITTLER MENDELSON
11 | A Professional Corporation
50 W. San Fernando St., 15th Floor
12 | San Jose, CA 95113-2303
Telephone:    408.998.4150
13 | Facsimile:    408.288.5686

14 | Attorneys for Defendants
AON BENFIELD INC. AND AON SERVICE
15 | CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIFI BAUTISTA, | Case No. C 09-03270 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CORRECT TYPOGRAPHICAL ERRORS CONTAINED IN PREVIOUS STIPULATION AND ORDER** |
| v. | |
| AON BENFIELD, INC., AON SERVICE CORPORATION, AON CORPORATION, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

On July 28, 2010, Plaintiff and Defendants ("The Parties") filed a Stipulation and Proposed Order continuing various discovery deadlines. The Court signed the Order on July 29, 2010.

The Parties now realize that the Stipulation and Proposed Order they filed contained several typographical errors. These errors were such that the dates stipulated to by The Parties did not match up with the dates The Parties entered on the Proposed Order.

The Parties note the following typographical errors:

(1) The Stipulation asked that Fact discovery cut-off be moved to December 1, 2010, yet the Proposed Order indicated that the Fact discovery cut-off would be moved to *November* 1, 2010.

(2) The Stipulation asked that Expert Disclosure and Exchange of Initial Expert reports deadline be moved to December 15, 2010, yet the Proposed Order indicated that the Expert Disclosure and Exchange of Initial Expert reports deadline would be January 15, 2011.

(3) The Stipulation asked that the Exchange of Rebuttal Expert Reports deadline be moved to January 10, 2011, yet the Proposed Order indicated that the Exchange of Rebuttal Expert Reports would be February 1, 2011.

(4) The Stipulation asked that the Expert Discovery Cut-Off be moved to February 15, 2001, yet the Proposed Order indicated that the Expert Discovery Cut-Off would be March 1, 2011.

The Parties apologize for these typographical errors which resulted in the Court signing an Order which did not conform to the stipulation of The Parties.

NOW THEREFORE, The Parties hereby request, that the Court enter a new Order changing the various discovery deadlines as follows:

(1) Fact discovery cut-off be moved to December 1, 2010;

(2) The Expert Disclosure and Exchange of Initial Expert Reports deadline be moved to December 15, 2010;

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando 15th Floor
San Jose CA 95113 2303
408 998 4150

STIPULATION AND [PROPOSED] ORDER
TO CORRECT TYPOGRAPHICAL ERRORS            2.                    C 09-03270 MHP
CONTAINED IN PREVIOUS STIPULATION

(3) The Exchange of Rebuttal Expert Reports deadline be moved to January 10, 2011; and

(4) The Expert Discovery Cut-Off be moved to February 15, 2011.

Dated: August 6, 2010

                                                                                   */s/ Michelle B. Heverly*
                                                                                   MICHELLE B. HEVERLY
                                                                                   LITTLER MENDELSON
                                                                                   A Professional Corporation
                                                                                   Attorneys for Defendants
                                                                                   AON BENFIELD INC. AND AON
                                                                                   SERVICE CORPORATION

Dated: August 6, 2010

                                                                                   */s/ Michael Sachs*
                                                                                   MICHAEL SACHS
                                                                                   ADAMS NYE BECHT LLP
                                                                                   Attorneys for Plaintiff
                                                                                   MARIFI BAUTISTA

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

STIPULATION AND [PROPOSED] ORDER
TO CORRECT TYPOGRAPHICAL ERRORS     3.                                                                           C 09-03270 MHP
CONTAINED IN PREVIOUS STIPULATION

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES** to continue the Fact Discovery Cut-Off to December 1, 2010; the Expert Disclosure and Exchange of Initial Expert Reports deadline to December 15, 2010; the Exchange of Rebuttal Expert Reports deadline to January 10, 2011; and the Expert Discovery Cut-Off from to February 15, 2011,

**IT IS SO ORDERED.**

Dated: 8/11/10

HON. MARILYN HALL PATEL
U.S. DISTRICT COURT

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando 15th Floor
San Jose, CA 95113 2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
TO CORRECT TYPOGRAPHICAL ERRORS
CONTAINED IN PREVIOUS STIPULATION

4.

C 09-03270 MHP