1  DAVID J. BECHT, SBN 104208
   dbecht@adamsnye.com
2  MICHAEL SACHS, SBN 235048
   msachs@adamsnye.com
3  MYTHILY SIVARAJAH, SBN 252494
   msivaraah@adamsnye.com
4  ADAMS | NYE | BECHT LLP
   222 Kearny Street, Seventh Floor
5  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
6  Facsimile:  (415) 982-2042

7  Attorneys for Plaintiff
   MARIFI BAUTISTA
8
   MICHELLE B. HEVERLY, Bar No. 178660
9  mheverly@littler.com
   ERICA H. KELLEY, Bar No. 221702
10 ekelley@littler.com
   LITTLER MENDELSON
11 A Professional Corporation
   50 W. San Fernando, 15th Floor
12 San Jose, CA 95113-2303
   Telephone: (408) 998-4150
13 Facsimile:  (408) 288-5686

14 Attorneys for Defendants
   AON BENFIELD INC. AND AON
15 SERVICE CORPORATION

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 | MARIFI BAUTISTA,                           | No. C 09-03270 MHP
20 |            Plaintiff,                      | **STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER**
21 |     vs.                                    |
22 | AON BENFIELD, INC., AON SERVICE            |
   | CORPORATION, AON CORPORATION, and          |
23 | DOES 1 through 100, inclusive,             |
24 |            Defendants.                     |

25

26

27

28

The parties having resolved this matter, it is hereby stipulated that this matter may and shall be dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: November 2, 2010

ADAMS | NYE | BECHT LLP

By: _____
MICHAEL SACHS
Attorneys for Plaintiff
MARIFI BAUTISTA

DATED: November 2, 2010

LITTLER MENDELSON
A Professional Corporation

By: _____
MICHELLE B. HEVERLY
Attorneys for Defendants
AON BENFIELD INC. AND AON SERVICE CORPORATION

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

Dated: November 3, 2010

_____
MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*